IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERWAYNE WESLEY SHARP,       )
                             )
         Petitioner,         )
                             )
    v.                       )     1:13-cr-384-1
                             )     1:20-cv-453
UNITED STATES OF AMERICA,    )
                             )
         Respondent.         )

## ORDER

On August 2, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 41, 42.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 41), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Section 2255 Motion, (Doc. 26), is **DISMISSED.**

**IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 39), is **DENIED AS MOOT.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the

conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 23rd day of August, 2023.

                                /s/ William L. Osteen, Jr.
                                    United States District Judge